# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROY SAPIR, on behalf of himself and all other similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>PAUL AVERBACK and NYMOX PHARMACEUTICAL CORPORATION,<br><br>             Defendants. | Civil Action No.: 14-7331 (JLL) (JAD)<br><br>**ORDER** |

This matter comes before the Court by way of the Motion to Dismiss the Amended Class Action Complaint (the "Amended Complaint" or "AC"), filed by Defendants Paul Averback ("Averback") and Nymox Pharmaceutical Corporation ("Nymox" or "the Company") (collectively, "Defendants"). (ECF No. 32.) For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this 10th day of February, 2016

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 32) is GRANTED, and the Amended Complaint is hereby dismissed without prejudice; and it is further

**ORDERED** that if Lead Plaintiffs wish to file a Second Amended Complaint, they shall file a motion for leave to amend in accordance with the Local Rules no later than February 24, 2016.

**IT IS SO ORDERED.**

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE